11 febrero 2008

99-125 (JAF)

Honorable Sr. José A. Fustel
Tribunal Federal, San Juan P.R.

Yo el señor Héctor Lugo Belén me dirijo a usted respectuosamente para comentarle lo siguiente:

El haber pasado por el proceso de cumplir sentencia por haber violentado la ley y luego vivir privado de mi libertad, puedo asegurar que me he podido adaptar a la sociedad en la que vivo en La Montalva, Ensenada P.R. donde trabajo como pescador para poder sustentar a mi familia.

Mi recuperación ha sido muy buena y lo reconoce mi trabajadora social a la cual me reporto para un proceso de evaluación.

La razón de esta carta es para solicitarle la evaluación de mi caso para que así me eliminen el resto de mi probatoria. Mi responsabilidad hacia la sociedad podría darse por cumplida con mi comportamiento y esfuerzo de superación. Deseo sentirme en libertad de mi pasado y superarme por completo de esta experiencia para poder seguir hacia adelante trabajando y estar en paz con mi familia y la sociedad que me rodea.

Att. Héctor Luis Lugo Belén

Num 17546-069