IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

vs.                                        Case No.: 03:99-CR-125-15(JAF)

HECTOR L. LUGO-BELEN
AKA: "BILIU"
T/N: Héctor Luis Lugo-Belén

**MOTION IN RESPONSE TO COURT ORDER
REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE**

TO THE HONORABLE JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, SANDRA VELEZ-GARCIA, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully responds to the motion filed for early termination by Mr. Héctor L. Lugo-Belén.

On September 19, 2000, Mr. Lugo-Belén was sentenced to fifty seven (57) months of imprisonment to be followed by a five (5) year term of supervised release, for violating Title 21, United States Code, Section 846, Conspiracy to possess with intent to distribute cocaine and heroin.

On March 28, 2005, the offender commenced his term of supervised release. Since the onset of supervision, Mr. Lugo-Belén has satisfactorily complied with the conditions of supervision. The offender paid the $100.00 Special Monetary Assessment and complied with DNA test. On September 24, 2007, the case was re-assigned to the administrative supervision.

On February 13, 2008, Mr. Lugo-Belén filed a motion requesting to be considered for Early Termination. The U.S. Attorney's Office was contacted and they have no objection on Mr. Lugo-Belén's request.

*Wherefore,* in lieu of the aforementioned and in compliance with the Court order issued on February 15, 2008, the U.S. Probation Office for the District of Puerto Rico respectfully informs the Court having no objection that Mr. Lugo-Belén's term of supervised release be terminated.

In San Juan, Puerto Rico, this 29th day of February 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


*S/Sandra Vélez-García*
Sandra Vélez-García
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardón Avenue
San Juan, PR 00918-1741
Tel. 787- 281-4911
Fax: 787-766-5945
E-mail: sandra_velez@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 29th, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECR system which will send notification of such filing to the following:

U.S. Attorney, Torre Chardón, Suite 1201, #350 Carlos Chardón Ave., San Juan, PR 00918 and Edgar R. Vega-Pabón, Esq., 239 Arterial Hostos Ave. Capital Center Building, South Tower, Suite 1005, San Juan, PR 00918-1477.

At San Juan, Puerto Rico, February 29th, 2008.

S/Sandra Vélez-García
Sandra Vélez García
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardón Avenue
San Juan, PR 00918-1741
Tel. 787- 281-4911
Fax: 787-766-5945
E-mail: sandra_velez@prp.uscourts.gov